## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Action No. 21-cr-00206-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD D. SNIDER, JR.,

    Defendant.

## ORDER DENYING REQUEST FOR EARLY TERMINATION
## FROM SUPERVISED RELEASE

On June 30, 2021, Defendant Donald D. Snider, Jr. submitted a *pro se* request for early termination of supervised release in his case (Doc. # 3). On July 1, 2021, the Court ordered that the probation office and the United States respond, in writing, by July 15, 2021 (Doc. # 4). This Motion is opposed by the Government (Doc. # 6). The probation office does not object to early termination (Doc. # 8). The Court has reviewed the mater and notes that restitution remains outstanding in the amount of approximately six million dollars. Accordingly, it is

ORDERED that Defendant's Motion for early Termination of Supervised Release (Doc. # 3) is DENIED due to the amount of restitution remaining to be paid.

2

The Court recommends that the probation office place the Defendant on a Low Risk Supervision (LSR) caseload due to the Defendant's compliance and low risk of recidivism per PCRA.

DATED: July 27, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge